Case 1:25-cv-00257   Document 8   Filed on 11/18/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE MARGARITO VARGAS MEDINA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-257 |
| | § | |
| PAMELA JO BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

In March 2008, an Immigration Judge ordered Petitioner Jose Margarito Vargas Medina to be removed from the United States, but granted him withholding of removal to his native country of Mexico. (First Am. Pet., Doc. 5, ¶ 8) In October 2025, the Department of Homeland Security detained Vargas Medina to effectuate his removal, possibly to a third country. (*Id.* at ¶10) Vargas Medina seeks habeas corpus relief, pursuant to 28 U.S.C. Section 2241, asking, *inter alia*, that the Court preclude Respondents from removing him to any country without completing specified procedural steps. (*Id.* at ¶ 22)

On November 18, 2025, the Court held a status conference, with counsel for the Petitioner and the Respondents appearing via videoconference. For the reasons stated on the record, it is:

**ORDERED** that Respondents shall provide written notice to Petitioner Jose Margarito Vargas Medina and his counsel of any country to which they intend to remove or deport him;

**ORDERED** that Respondents shall not remove or deport Petitioner Jose Margarito Vargas Medina for at least five business days after providing the written notice;

**ORDERED** that Petitioner Jose Margarito Vargas Medina shall file a Second Amended Petition by no later than December 2, 2025; and

**ORDERED** that the Respondents shall file an answer, motion, or other responsive pleading by no later than January 6, 2026.

Signed on November 18, 2025.

_____
Fernando Rodriguez, Jr.
United States District Judge