United States District Court
Southern District of Texas
**ENTERED**
January 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE MARGARITO VARGAS MEDINA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-257 |
| | § | |
| PAMELA JO BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## NOTICE SETTING HEARING

Petitioner Jose Margarito Vargas Medina is a national of Mexico currently detained by U.S. immigration authorities in Cameron County, Texas. (*See* Emergency Pet., Doc. 1) Vargas has protection from removal to Mexico, but Respondents seek to remove Vargas to a third country.

On December 2, 2025, Vargas filed his Second Amended Emergency Petition for Writ of Habeas Corpus and Renewed Motion for Temporary Restraining Order (Doc. 13) and an accompanying Emergency Motion for Temporary Restraining Order (Doc. 14). Through these filings, Vargas challenges the basis of his detention and Respondents' third-country removal procedures.

On January 6, 2026, Respondents filed a motion for summary judgment on Vargas's claims. (Motion for Summary Judgment, Doc. 16)

To facilitate the Court's consideration of the issues raised by the parties' filings, the Court notifies the parties that a hearing is scheduled for February 4, 2026, at 1:30 p.m. At the hearing, the Court will consider the issues raised by the Second Amended Emergency Petition for Writ of Habeas Corpus and Renewed Motion for Temporary Restraining Order (Doc. 13), Emergency Motion for Temporary Restraining Order (Doc. 14), and the Motion for Summary Judgment (Doc. 16). The Court will conduct the hearing by videoconference.

Signed on January 14, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge