United States District Court
Southern District of Texas
**ENTERED**
February 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE MARGARITO VARGAS MEDINA, § § Petitioner, § § VS. § PAMELA JO BONDI, *et al.*, § § Respondents. § § § § § § | CIVIL ACTION NO. 1:25-CV-257 |

## **ORDER**

Petitioner Jose Margarito Vargas Medina is a national of Mexico currently detained by United States immigration authorities in Willacy County, Texas. Petitioner has protection from removal to Mexico.

Respondents indicate they plan to remove Petitioner to a third country, but have not yet identified a country of removal. In this habeas action, Petitioner challenges his detention and Respondents' third-country removal procedures. (Second Am. Pet., Doc. 13; Emergency Motion., Doc. 14)

Respondents filed a Motion for Summary Judgment (Doc. 16) contesting, in part, subject matter jurisdiction.

On February 4, the parties attended a hearing and the Court heard the arguments of counsel. To maintain the status quo while the Court considered the parties' arguments, it has issued two Temporary Restraining Orders. (TROs, Docs. 19, 20)

The issues that Petitioner raises in the instant matter are substantively similar to the issues presented in *Aranda Gomez v. Bondi, et al.,* No. 1:25-cv-258 (S.D. Texas–Brownsville Division). In that case, this Court has issued its Order and Opinion analyzing the issues and granting a preliminary injunction as to some of the requested relief. *See Aranda Gomez v. Bondi, et al.,* No. 1:25-cv-258 (S.D. Texas–Brownsville Division) (Order and Opinion, Doc. 24).

Based on the record in the instant matter and the applicable law, the Court finds that the analysis in the *Aranda Gomez* Order and Opinion applies equally to the issues that Petitioner raises here. The Court adopts the reasoning of that Order and Opinion by reference.

As a result, it is:

**ORDERED** that Respondents' Motion for Summary Judgment (Doc. 16) is **DENIED** with respect to the jurisdictional challenge;

**ORDERED** that Petitioner Jose Margarito Vargas Medina's Renewed Motion for Temporary Restraining Order (Doc. 13) and Emergency Motion for Temporary Restraining Order (Doc. 14) are **GRANTED IN PART AND DENIED IN PART**;

**ORDERED** that Respondents shall comply with the notice provisions of the 2025 Guidance as to Petitioner, irrespective of whether the Secretary has determined that the country of removal has provided credible diplomatic assurances that aliens removed to that country will not be persecuted or tortured, and subject to the other requirements in this Order; and

**ORDERED** that Respondents may not remove Petitioner to the designated third country less than seven days after providing him with the notice of the country to which he will be removed.

Signed on February 20, 2026.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge